UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No.   GLR-24-cr-0241 |
| ) | |
| LAWRENCE SMITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO FILE SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL**

The Defendant Lawrence Smith, through his undersigned counsel, respectfully moves this Honorable Court for an order placing under the Court's seal the Proposed Sealed Documents (Sentencing Memorandum and Exhibits), to be filed today by the Defendant in this case. In support of this Motion, the Defendant states as follows:

1. The Sentencing Memorandum and Exhibits contain sensitive personal information, including medical information about Mr. Smith's son, which is highly confidential.

2. No reasonable alternatives to sealing the document are available. Deletion or expungement of sensitive portions of the document would render the submission substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.

3. Counsel intends to serve the government with copies of this sentencing memorandum and attached exhibits.

WHEREFORE, Defendant respectfully requests that the Sentencing Memorandum and related exhibits to be filed immediately following this motion be placed under the Court's seal.

Respectfully submitted,

JAMES WYDA
FEDERAL PUBLIC DEFENDER

_____/s/_____
SUMMER AKHTAR
CARA HALVERSON
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
301-344-0600
Summer_akhtar@fd.org
Cara_halverson@fd.org