UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.   GLR-24-cr-0241 |
| | ) | |
| LAWRENCE SMITH, | ) | |
| | ) | **UNDER SEAL** |
| Defendant. | ) | |
| | ) | |

**SENTENCING MEMORANDUM AND EXHIBITS**

1